UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SOLOMON,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 21-cv-03227-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Judy Solomon filed a complaint against Defendant Google LLC on April 30, 2021. ECF 1. In her complaint, Solomon alleges that the Court has subject matter jurisdiction based on diversity jurisdiction, under 28 U.S.C. § 1332(d)(2). *Id.* at ¶ 24. However, in reaching this conclusion, Solomon incorrectly applied the corporation citizenship test to Google, a limited liability company. *Id.* at ¶ 23. LLCs are treated like partnerships for the purposes of diversity jurisdiction. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As such, Solomon should have listed the citizenship of all of Google's members, and then evaluated diversity. *See* 15A Moore's Federal Practice - Civil § 102.57 (2020).

Accordingly, the Court ORDERS Solomon to show cause in writing why this case should not be dismissed by May 17, 2021. Google's response is due May 24, 2021.

//

**IT IS SO ORDERED.**

Dated: May 3, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge